IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARBARA FRAZIER                                                                        PLAINTIFF

v.                              CASE NO. 5:07-CV-00184 BSM

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                   DEFENDANTS

ORDER

Pending before the court are plaintiff's Motion to Quash Subpoena Duces Tecum [Doc. #15] and defendants' response [Doc. #16]. Local Rule 7.2(a) provides "All motions except those mentioned in paragraph (d) shall be accompanied by a brief consisting of a concise statement of relevant facts and applicable law. Both documents shall be filed with the Clerk, and copies shall be served on all other parties affected by the motion." Plaintiff failed to submit a brief in support of her motion and that reason alone supports the denial of her motion. Furthermore, the court finds that, notwithstanding plaintiff's failure to submit a brief, the information sought in the Subpoenas Duces Tecum is relevant to the subject matter of the case and that it is discoverable. Therefore, plaintiff's motion to quash [Doc. #15] is denied.

IT IS SO ORDERED this 16th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE