IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARBARA FRAZIER                                                                PLAINTIFF

V.                              CASE NO. 5:07CV00184 BSM

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                            DEFENDANTS

## ORDER

Plaintiff's motion to strike the defendant's motion for summary judgment and supporting pleadings [Doc. #13] is denied.  Plaintiff has fourteen days from the date of this order to tender before the court a response to the defendant's motion for summary judgment.

IT IS SO ORDERED this 7th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE