UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BARBARA FRAZIER**                                                          **PLAINTIFF**

v.                              **CASE NO. 5:07-CV-00184 BSM**

**T.A. MOORE, in his individual capacity**                                   **DEFENDANT**

## ORDER

Before the court is plaintiff's motion for voluntary dismissal. Plaintiff moves pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss this lawsuit without prejudice. Defendant has informed the court that he does not object. Plaintiff's motion is granted. Plaintiff's claims are dismissed without prejudice.

Accordingly, plaintiff's motion for voluntary dismissal (Doc. No. 77) is granted. Plaintiffs' claims are dismissed without prejudice.

IT IS SO ORDERED this 29th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE